UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HOLLY THACKER, M.D., | ) | Case No. 1:16 CV 2706 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| CUYAHOGA HEIGHTS BOARD OF EDUCATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

Counsel has notified the Court that above captioned case has been settled and dismissed with prejudice. Parties may file any additional documentation evidencing the settlement within thirty days.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

_/s/Donald C. Nugent___
DONALD C. NUGENT
United States District Judge

DATE: _December 6, 2017___